DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLETTE SHORT** and **JEROLD SHORT,** Husband and Wife,
Appellants,

v.

**UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-1106

[October 6, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jennifer Hilal, Judge; L.T. Case No. 20-8372 COCE.

Earl I. Higgs, Jr. of Higgs Law, P.A., Orlando, for appellants.

David A. Noel and Kara Rockenbach Link of Link & Rockenbach, PA, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Goldberg v. Universal Prop. & Cas. Ins. Co.*, 302 So. 3d 919 (Fla. 4th DCA 2020).

WARNER, CIKLIN and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***